# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

JUN - 9 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA,

                 Plaintiff,

       vs.

EZEQUIEL VELEZ (1),

                Defendant.

CASE NO. 02CR1051-H

BOOKING NO. 79276-198

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   **an information has been filed in another case (15CR1400-H) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or**

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

**X**   **of the offense as charged in the Indictment:**

     **18 U.S.C. 751(a) - Escape**

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 6/9/15

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE